[No. 32689-9-I.    Division One.    April 24, 1995.]

PRESIDENTIAL ESTATES APARTMENT ASSOCIATES, ET AL, *Appellants*, v. WILLIAM E. BARRETT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-06166-1, Larry A. Jordan, J., entered April 2, 1993. *Reversed* by unpublished opinion per Cox, J., concurred in by Webster and Becker, JJ.

[No. 34623-7-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY QUARING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03605-3, Richard M. Ishikawa, J., entered May 3, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 32958-8-I.    Division One.    April 24, 1995.]

O.P.E.N. AMERICA, INC., ET AL, *Appellants*, v. MOEUY PHNOUK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-07993-3, Carol A. Schapira, J., entered June 21, 1993. *Reversed* by unpublished opinion per Baker, J., concurred in by Pekelis, C.J., and Kennedy, J.